FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09 **CR 09 00170** |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [18 U.S.C. § 371: Conspiracy; |
| ALA'A AL-ALI,<br>   aka Ala'a Mohy Eddin<br>   Elali,<br>   aka Alaa Al-Ali, | ) | 2 U.S.C. §§ 441f, 437g(d):<br>Illegal Campaign Contributions;<br>2 U.S.C. §§ 441e, 437g(d):<br>Campaign Contributions by<br>Foreign Nationals; 18 U.S.C. |
| Defendant. | ) | § 2: Aiding and Abetting and<br>Causing an Act To Be Done] |

The Grand Jury charges:

<u>GENERAL ALLEGATIONS</u>

At all times relevant to this Indictment:

A.  <u>Federal Election Laws</u>

1.  The Federal Election Campaign Act ("FECA") governed candidates for Federal office and the political committees that received contributions on their behalf.

2.  FECA defined "Federal office" as the office of President or Vice President of the United States or Senator or Representative in the United States Congress.

SYM:sym

3.   FECA defined "political committee" as a committee, club, association or other group of persons that receives contributions aggregating in excess of $1,000 during a calendar year or that makes expenditures aggregating in excess of $1,000 during a calendar year.

4.   FECA defined "election" to include a general, special, primary, or runoff election and a convention or caucus of a political party with authority to nominate a candidate.

5.   FECA defined an "authorized political committee" as the principal campaign committee or any other political committee authorized, in writing, by a candidate for a Federal office to receive contributions or make expenditures on behalf of such candidate.

6.   FECA defined "principal campaign committee" as a political committee designated and authorized by a candidate for Federal office.  FECA required that a candidate for Federal office designate a principal campaign committee.

7.   Under FECA, a candidate for Federal office who received contributions or made disbursements for his or her campaign was deemed an agent of the candidate's authorized political committee(s).

8.   FECA required each political committee to have a treasurer who was required to file periodic reports with the Federal Election Commission identifying, among other things, persons whose contributions aggregated in excess of $200 within the calendar year (or per election cycle in the case of authorized committees of a candidate for Federal office) by name,

address, and occupation and the contributions provided by those contributors by date and amount.

9.   FECA defined a "contribution" as, among other things, any gift, loan, advance, or deposit of money or anything of value made by any person for the purpose of influencing any election for Federal office.

10.   FECA defined a "foreign national" as any person who is not a citizen of the United States, or a national of the United States who is not lawfully admitted for permanent residence. Defendant ALA'A AL-ALI, also known as Ala'a Mohy Eddin Elali, also known as Alaa Al-Ali ("ALI") was a foreign national, in that he was a citizen of Jordan and the Dominican Republic and not a citizen of the United States.

11.   FECA prohibited the following:

     a.   An individual from making a contribution, or contributions, that in the aggregate exceeded $2,300, to any candidate and the candidate's authorized political committees with respect to any election for federal office;

     b.   An individual from making a contribution in the name of another person or knowingly permitting his or her name to be used to effect such a contribution (the person in whose name such a contribution is made is known as a "conduit contributor"); and

     c.   A foreign national from making, directly or through any other person, any contributions in connection with a Federal, State, or local election.

3

B.   Parties and Entities

12.   Federal Candidate 1 was a candidate for the office of President of the United States.

13.   Federal Candidate 2 was a candidate for the office of President of the United States.

14.   Federal Candidate 3 was a candidate for the office of President of the United States.

15.   State Candidate 1 was a candidate for the office of Governor of the State of Florida.

C.   Incorporation By Reference

16.   These General Allegations are incorporated by reference into each and every count of this Indictment.

COUNT ONE

[18 U.S.C. § 371, 2 U.S.C. §§ 441e, 441f, 437g(d)]

A.   THE OBJECT OF THE CONSPIRACY

17.   Beginning in or about April 2006 and continuing to in or about October 2008, in Los Angeles, Orange, San Bernardino, and Riverside Counties, within the Central District of California, defendant ALA'A AL-ALI, also known as Ala'a Mohy Eddin Elali, also known as Alaa Al-Ali ("ALI"), unindicted co-conspirator F.A., and others known and unknown to the Grand Jury, knowingly and willfully conspired and agreed to the following:

a.   To violate the FECA by making conduit contributions that aggregated $25,000 or more within each of the calendar years 2007 and 2008, that is, contributions in the names of others, in violation of 2 U.S.C. §§ 441f and 437g(d); and

b.   To violate the FECA by making contributions by a foreign national that aggregated $25,000 or more within each of the calendar years 2007 AND 2008, in violation of 2 U.S.C. §§ 441e and 437g(d).

B.   MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED

18.   Defendant ALI would solicit individuals to make contributions to the principal campaign committees of Federal Candidate 1, Federal Candidate 2, Federal Candidate 3, and State Candidate 1 and would inform such individuals that he would reimburse their contributions.

19.   Defendant ALI would instruct unindicted co-conspirator F.A. to solicit other individuals to make

5

contributions to the principal campaign committees of Federal Candidate 1, Federal Candidate 2, Federal Candidate 3, and State Candidate 1 that defendant ALI would reimburse.

20.   Defendant ALI would inform those individuals and cause them to be informed that they would be reimbursed for their contributions to the principal campaign committees of Federal Candidate 1, Federal Candidate 2, Federal Candidate 3, and State Candidate 1.

21.   Defendant ALI would collect and receive contributions to the principal campaign committees of Federal Candidate 1, Federal Candidate 2, Federal Candidate 3, and State Candidate 1 from the individuals referenced in paragraphs 18, 19, and 20, above (hereafter the "conduit contributors") and would cause their contributions to be sent to and received by the principal campaign committees of Federal Candidate 1, Federal Candidate 2, Federal Candidate 3, and State Candidate 1.

22.   Defendant ALI would write out and sign bank checks drawn on the bank account of defendant ALI reimbursing some of the conduit contributors for their contributions to the principal campaign committees of Federal Candidate 1, Federal Candidate 2, Federal Candidate 3, and State Candidate 1.

23.   Defendant ALI would give cash to some of the conduit contributors to reimburse them for their contributions to the principal campaign committees of Federal Candidate 1, Federal Candidate 2, Federal Candidate 3, and State Candidate 1.

24.   Defendant ALI would give or cause others to give the contribution checks to H.S., D.S. and M.M. for delivery to the

1   principal campaign committees of Federal Candidate 1, Federal

2   Candidate 2, Federal Candidate 3, and State Candidate 1.

3        25.   As a result of this conspiracy, defendant ALI caused at

4   least $60,000 in illegal contributions to be made to the

5   principal campaign committees of Federal Candidate 1, Federal

6   Candidate 2, and Federal Candidate 3 and approximately $5,000 in

7   illegal contributions to be made to the principal campaign

8   committee of State Candidate 1.

9   C.   OVERT ACTS

10       26.   In furtherance of the conspiracy and to accomplish the

11  objects of the conspiracy, defendant ALI, unindicted co-

12  conspirator F.A., and others known and unknown to the Grand Jury,

13  committed and caused to be committed various overt acts in Los

14  Angeles, Orange, San Bernardino, and Riverside Counties, within

15  the Central District of California, and elsewhere, including, but

16  not limited to, the following:

17  **Conduit Contributors F.A. and S.A.**

18  **Overt Act No. 1**

19       On or about April 3, 2006, defendant ALI solicited

20  unindicted co-conspirator F.A. to make contributions from both

21  unindicted co-conspirator F.A. and his wife, conduit contributor

22  S.A., to the principal campaign committee of State Candidate 1.

23  **Overt Act No. 2**

24       On or about April 3, 2006, defendant ALI caused unindicted

25  co-conspirator F.A. and his wife, conduit contributor S.A., to

26  each make a $500 contribution to the principal campaign committee

27  of State Candidate 1.

28

7

**Overt Act No. 3**

On or about April 3, 2006, defendant ALI wrote out a bank check bearing no number in the amount of $1,000 drawn on defendant ALI's bank account in order to reimburse unindicted co-conspirator F.A. and his wife, conduit contributor S.A., for conduit contributions to the principal campaign committee of State Candidate 1.

**Overt Act No. 4**

On or about December 9, 2007, defendant ALI solicited unindicted co-conspirator F.A. to make contributions from both unindicted co-conspirator F.A. and his wife, conduit contributor S.A., to the principal campaign committee of Federal Candidate 1.

**Overt Act No. 5**

On or about December 9, 2007, defendant ALI solicited unindicted co-conspirator F.A. to make contributions from both unindicted co-conspirator F.A. and his wife, conduit contributor S.A., to the principal campaign committee of Federal Candidate 2.

**Overt Act No. 6**

On or about December 9, 2007, defendant ALI caused unindicted co-conspirator F.A. and his wife, conduit contributor S.A., to each make a $2,300 contribution to the principal campaign committee of Federal Candidate 1.

**Overt Act No. 7**

On or about December 9, 2007, defendant ALI caused unindicted co-conspirator F.A. and his wife, conduit contributor S.A., to each make a $2,300 contribution to the principal campaign committee of Federal Candidate 2.

**Overt Act No. 8**

On or about December 9, 2007, defendant ALI wrote out a bank check bearing number 1022 in the amount of $7,000 drawn on defendant ALI's bank account in order to reimburse unindicted co-conspirator F.A. and his wife, conduit contributor S.A., for conduit contributions to the principal campaign committees of Federal Candidate 1 and Federal Candidate 2.

**Overt Act No. 9**

On or about December 21, 2007, defendant ALI wrote out a bank check bearing number 1031 in the amount of $1,600 drawn on defendant ALI's bank account in order to reimburse unindicted co-conspirator F.A. and his wife, conduit contributor S.A., for conduit contributions to the principal campaign committees of Federal Candidate 1 and Federal Candidate 2.

**Overt Act No. 10**

On or about March 1, 2008, defendant ALI solicited unindicted co-conspirator F.A. to make contributions from both unindicted co-conspirator F.A. and his wife, conduit contributor S.A., to the principal campaign committee of Federal Candidate 3.

**Overt Act No. 11**

On or about March 1, 2008, defendant ALI caused conduit contributor S.A. to write one check totaling $9,200, which accounted for two $4,600 contributions, to the principal campaign committee of Federal Candidate 3.

**Overt Act No. 12**

On or about March 1, 2008, defendant ALI gave to unindicted co-conspirator F.A. cash in the amount of $9,200 in order to reimburse unindicted co-conspirator F.A. and his wife, conduit

contributor S.A., for conduit contributions to the principal campaign committee of Federal Candidate 3.

**Conduit Contributor W.N.**

**Overt Act No. 13**

On or about June 2, 2006, defendant ALI solicited conduit contributor W.N. to make a contribution to the principal campaign committee of State Candidate 1.

**Overt Act No. 14**

In or about June 2006, defendant ALI caused conduit contributor W.N. to make two $500 contributions to the principal campaign committee of State Candidate 1.

**Overt Act No. 15**

In or about June 2006, defendant ALI gave to conduit contributor W.N. cash in the amount of $1,000 in order to reimburse conduit contributor W.N. for conduit contributions to the principal campaign committee of State Candidate 1.

**Conduit Contributor N.I.A. and S.M.A.**

**Overt Act No. 16**

On or about June 2, 2006, defendant ALI solicited conduit contributor N.I.A. to make contributions from both conduit contributor N.I.A. and his wife, conduit contributor S.M.A., to the principal campaign committee of State Candidate 1.

**Overt Act No. 17**

On or about June 2, 2006, defendant ALI caused conduit contributor N.I.A. and his wife, conduit contributor S.M.A., to make three $500 contributions to the principal campaign committee of State Candidate 1.

**Overt Act No. 18**

On or about June 2, 2006, defendant ALI gave to conduit contributor N.I.A. cash in the amount of $1,500 in order to reimburse conduit contributor N.I.A. and his wife, conduit contributor S.M.A., for three conduit contributions to the principal campaign committee of State Candidate 1.

**Overt Act No. 19**

On or about December 9, 2007, defendant ALI solicited conduit contributor S.M.A. to make contributions from both conduit contributor S.M.A. and her husband, conduit contributor N.I.A., to the principal campaign committee of Federal Candidate 1.

**Overt Act No. 20**

On or about December 9, 2007, defendant ALI solicited conduit contributor S.M.A. to make contributions from both conduit contributor S.M.A. and her husband, conduit contributor N.I.A., to the principal campaign committee of Federal Candidate 2.

**Overt Act No. 21**

On or about December 9, 2007, defendant ALI caused conduit contributor S.M.A. and her husband, conduit contributor N.I.A., to each make a $2,300 contribution to the principal campaign committee of Federal Candidate 1.

**Overt Act No. 22**

On or about December 9, 2007, defendant ALI caused conduit contributor S.M.A. and her husband, conduit contributor N.I.A., to each make a $2,300 contribution to the principal campaign committee of Federal Candidate 2.

**Overt Act No. 23**

On or about December 8, 2007, defendant ALI wrote out a bank check bearing number 1021 in the amount of $6,000 drawn on defendant ALI's bank account in order to reimburse conduit contributor N.I.A. and his wife, conduit contributor S.M.A., for conduit contributions to the principal campaign committees of Federal Candidate 1 and Federal Candidate 2.

**Overt Act No. 24**

On or about March 1, 2008, defendant ALI solicited conduit contributor S.M.A. to make contributions from both conduit contributor S.M.A. and her husband, conduit contributor N.I.A., to the principal campaign committee of Federal Candidate 3.

**Overt Act No. 25**

On or about March 1, 2008, defendant ALI caused conduit contributor S.M.A. to write one check totaling $9,200, which accounted for two $4,600 contributions, to the principal campaign committee of Federal Candidate 3.

**Overt Act No. 26**

On or about March 1, 2008, defendant ALI gave to conduit contributor S.M.A. cash in the amount of $9,200 in order to reimburse conduit contributor S.M.A. and her husband, conduit contributor N.I.A., for conduit contributions to the principal campaign committee of Federal Candidate 3.

**Conduit Contributors A.A. and M.A.**

**Overt Act No. 27**

On or about June 4, 2006, defendant ALI solicited conduit contributor A.A. to make a contribution for both conduit

contributor A.A. and his wife, conduit contributor M.A., to the principal campaign committee of State Candidate 1.

**Overt Act No. 28**

On or about June 4, 2006, defendant ALI caused conduit contributor A.A. and his wife, conduit contributor M.A., to each make a $500 contribution to the principal campaign committee of State Candidate 1.

**Overt Act No. 29**

On or about June 4, 2006, defendant ALI gave to conduit contributor A.A. cash in the amount of $1,000 in order to reimburse conduit contributor A.A. and his wife, conduit contributor M.A., for conduit contributions to the principal campaign committee of State Candidate 1.

**Overt Act No. 30**

On or about March 1, 2008, defendant ALI solicited conduit contributor A.A. to make a contribution for both conduit contributor A.A. and his wife, conduit contributor M.A., to the principal campaign of Federal Candidate 3.

**Overt Act No. 31**

On or about March 1, 2008, defendant ALI caused conduit contributor A.A. to write one check totaling $9,200, which accounted for two $4,600 contributions to the principal campaign committee of Federal Candidate 3.

**Overt Act No. 32**

On or about March 1, 2008, defendant ALI gave to conduit contributor A.A. cash in the amount of $9,200 in order to reimburse conduit contributor A.A. and his wife, conduit

1  contributor M.A., for conduit contributions to the principal

2  campaign committee of Federal Candidate 3.

3  **Conduit Contributors I.M. and S.M.**

4  **Overt Act No. 33**

5      On or about June 3, 2006, defendant ALI solicited conduit

6  contributor I.M. to make contributions from both conduit

7  contributor I.M. and his wife, conduit contributor S.M., to the

8  principal campaign committee of State Candidate 1.

9  **Overt Act No. 34**

10      On or about June 3, 2006, defendant ALI caused conduit

11  contributor I.M. and his wife, conduit contributor S.M., to each

12  make a $500 contribution to the principal campaign committee of

13  State Candidate 1.

14  **Overt Act No. 35**

15      On or about June 3, 2006, defendant ALI gave to conduit

16  contributor I.M. cash in the amount of $1,000 in order to

17  reimburse conduit contributor I.M. and his wife, conduit

18  contributor S.M., for conduit contributions to the principal

19  campaign committee of State Candidate 1.

20  **Overt Act No. 36**

21      On or about December 9, 2007, defendant ALI solicited

22  conduit contributor I.M. to make contributions for both conduit

23  contributor I.M. and his wife, conduit contributor S.M., to the

24  principal campaign committee of Federal Candidate 1.

25  **Overt Act No. 37**

26      On or about December 9, 2007, defendant ALI solicited

27  conduit contributor I.M. to make contributions for both conduit

28

14

1 | contributor I.M. and his wife, conduit contributor S.M., to the

2 | principal campaign committee of Federal Candidate 2.

3 | **Overt Act No. 38**

4 |     On or about December 9, 2007, defendant ALI caused conduit

5 | contributor I.M. and his wife, conduit contributor S.M., to each

6 | make a $2,300 contribution to the principal campaign committee of

7 | Federal Candidate 1.

8 | **Overt Act No. 39**

9 |     On or about December 9, 2007, defendant ALI caused conduit

10 | contributor I.M. and his wife, conduit contributor S.M., to each

11 | make a $2,300 contribution to the principal campaign committee of

12 | Federal Candidate 2.

13 | **Overt Act No. 40**

14 |     On or about December 9, 2007, defendant ALI wrote out a bank

15 | check bearing number 1026 in the amount of $5,200 drawn on

16 | defendant ALI's bank account in order to reimburse conduit

17 | contributor I.M. and his wife, conduit contributor S.M., for

18 | conduit contributions to the principal campaign committees of

19 | Federal Candidate 1 and Federal Candidate 2.

20 | **Overt Act No. 41**

21 |     On or about December 9, 2007, defendant ALI gave to conduit

22 | contributor I.M. cash in the amount of $4,000 in order to

23 | reimburse conduit contributor I.M. and his wife, conduit

24 | contributor S.M., for conduit contributions to the principal

25 | campaign committees of Federal Candidate 1 and Federal Candidate

26 | 2.

27 |

28 |

15

**Conduit Contributors N.A. and H.A.**

**Overt Act No. 42**

On or about December 10, 2007, defendant ALI solicited conduit contributor H.A. to make contributions from both conduit contributor H.A. and his wife, conduit contributor N.A., to the principal campaign committee of Federal Candidate 1.

**Overt Act No. 43**

On or about December 10, 2007, defendant ALI solicited conduit contributor H.A. to make contributions from both conduit contributor H.A. and his wife, conduit contributor N.A., to the principal campaign committee of Federal Candidate 2.

**Overt Act No. 44**

On or about December 10, 2007, defendant ALI caused conduit contributor H.A. and his wife, conduit contributor N.A., to each make a $2,300 contribution to the principal campaign committee of Federal Candidate 1.

**Overt Act No. 45**

On or about December 10, 2007, defendant ALI caused conduit contributor H.A. and his wife, conduit contributor N.A., to each make a $2,300 contribution to the principal campaign committee of Federal Candidate 2.

**Overt Act No. 46**

On or about December 13, 2007, defendant ALI wrote out a bank check bearing number 1037 in the amount of $3,000 drawn on defendant ALI's bank account in order to reimburse conduit contributor H.A. and his wife, conduit contributor N.A., for conduit contributions to the principal campaign committees of Federal Candidate 1 and Federal Candidate 2.

**Overt Act No. 47**

On or about December 15, 2007, defendant ALI wrote out a bank check bearing number 1035 in the amount of $3,000 drawn on defendant ALI's bank account in order to reimburse conduit contributor H.A. and his wife, conduit contributor N.A., for conduit contributions to the principal campaign committees of Federal Candidate 1 and Federal Candidate 2.

**Overt Act No. 48**

On or about December 16, 2007, defendant ALI wrote out a bank check bearing number 1036 in the amount of $2,200 drawn on defendant ALI's bank account in order to reimburse conduit contributor H.A. and his wife, conduit contributor N.A., for conduit contributions to the principal campaign committees of Federal Candidate 1 and Federal Candidate 2.

COUNT TWO

[2 U.S.C. §§ 441f, 437g(d); 18 U.S.C. § 2]

27.   In or about December 2007, in Los Angeles, Orange, San Bernardino, and Riverside Counties, within the Central District of California, and elsewhere, defendant ALA'A AL-ALI, also known as Ala'a Mohy Eddin Elali, also known as Alaa Al-Ali ("ALI"), knowingly and willfully violated the FECA by making, and causing to be made, contributions in the names of other persons that aggregated $25,000 or more during the 2007 calendar year.  More specifically, defendant ALI knowingly and willfully caused other persons to contribute to the principal campaign committees of Federal Candidate 1 and Federal Candidate 2, respectively, authorized political committees supporting the election of a candidate for President of the United States, and advanced to those persons and reimbursed those persons a total of $25,000 or more for their contributions:

| Contribution Amount | Conduit Contributor | Campaign |
|---|---|---|
| $2,300 | H.A. | Federal Candidate 1 |
| $2,300 | N.A. | Federal Candidate 1 |
| $2,300 | F.A. | Federal Candidate 1 |
| $2,300 | S.A. | Federal Candidate 1 |
| $2,300 | N.I.A. | Federal Candidate 1 |
| $2,300 | S.M.A. | Federal Candidate 1 |
| $2,300 | I.M. | Federal Candidate 1 |
| $2,300 | S.M. | Federal Candidate 1 |
| $2,300 | H.A. | Federal Candidate 2 |
| $2,300 | N.A. | Federal Candidate 2 |

| Contribution Amount | Conduit Contributor | Campaign |
|---|---|---|
| $2,300 | F.A. | Federal Candidate 2 |
| $2,300 | S.A. | Federal Candidate 2 |
| $2,300 | N.I.A. | Federal Candidate 2 |
| $2,300 | S.M.A. | Federal Candidate 2 |
| $2,300 | I.M. | Federal Candidate 2 |
| $2,300 | S.M. | Federal Candidate 2 |

COUNT THREE

[2 U.S.C. §§ 441f, 437g(d); 18 U.S.C. § 2]

28.   On or about March 17, 2008, in Los Angeles, Orange, San Bernardino, and Riverside Counties, within the Central District of California, and elsewhere, defendant ALA'A AL-ALI, also known as Ala'a Mohy Eddin Elali, also known as Alaa Al-Ali ("ALI"), knowingly and willfully violated the FECA by making, and causing to be made, contributions in the names of other persons that aggregated $25,000 or more during the 2008 calendar year.  More specifically, defendant ALI knowingly and willfully caused other persons to contribute to the principal campaign committee of Federal Candidate 3, an authorized political committee supporting the election of a candidate for President of the United States, and advanced to those persons and reimbursed those persons a total of $25,000 or more for their contributions:

| Contribution Amount | Conduit Contributor | Campaign |
|---|---|---|
| $4,600 | A.A. | Federal Candidate 3 |
| $4,600 | F.A. | Federal Candidate 3 |
| $4,600 | M.A. | Federal Candidate 3 |
| $4,600 | S.A. | Federal Candidate 3 |
| $4,600 | N.I.A. | Federal Candidate 3 |
| $4,600 | S.M.A. | Federal Candidate 3 |

COUNT FOUR

[2 U.S.C. §§ 441e, 437g(d); 18 U.S.C. § 2]

29.  In or about December 2007, in Los Angeles, Orange, San Bernardino, and Riverside Counties, within the Central District of California, and elsewhere, defendant ALA'A AL-ALI, also known as Ala'a Mohy Eddin Elali, also known as Alaa Al-Ali ("ALI"), knowingly and willfully violated the FECA by making, and causing to be made, contributions by a foreign national that aggregated $25,000 or more during the 2007 calendar year.  More specifically, defendant ALI, a foreign national, knowingly and willfully caused other persons to contribute to the principal campaign committees of Federal Candidate 1 and Federal Candidate 2, authorized political committees supporting the election of a candidate for President of the United States, and advanced to those persons and reimbursed those persons a total of $25,000 or more for their contributions:

| Contribution Amount | Conduit Contributor | Campaign |
|---|---|---|
| $2,300 | H.A. | Federal Candidate 1 |
| $2,300 | N.A. | Federal Candidate 1 |
| $2,300 | F.A. | Federal Candidate 1 |
| $2,300 | S.A. | Federal Candidate 1 |
| $2,300 | N.I.A. | Federal Candidate 1 |
| $2,300 | S.M.A. | Federal Candidate 1 |
| $2,300 | I.M. | Federal Candidate 1 |
| $2,300 | S.M. | Federal Candidate 1 |
| $2,300 | H.A. | Federal Candidate 2 |
| $2,300 | N.A. | Federal Candidate 2 |

| Contribution Amount | Conduit Contributor | Campaign |
|---|---|---|
| $2,300 | F.A. | Federal Candidate 2 |
| $2,300 | S.A. | Federal Candidate 2 |
| $2,300 | N.I.A. | Federal Candidate 2 |
| $2,300 | S.M.A. | Federal Candidate 2 |
| $2,300 | I.M. | Federal Candidate 2 |
| $2,300 | S.M. | Federal Candidate 2 |

COUNT FIVE

[2 U.S.C. §§ 441e, 437g(d); 18 U.S.C. § 2]

30.   On or about March 17, 2008, in Los Angeles, Orange, San Bernardino, and Riverside Counties, within the Central District of California, and elsewhere, defendant ALA'A AL-ALI, also known as Ala'a Mohy Eddin Elali, also known as Alaa Al-Ali ("ALI"), knowingly and willfully violated the FECA by making, and causing to be made, contributions by a foreign national that aggregated $25,000 or more during the 2008 calendar year.   More specifically, defendant ALI, a foreign national, knowingly and willfully caused other persons to contribute to the principal campaign committee of Federal Candidate 3, an authorized political committee supporting the election of a candidate for President of the United States, and advanced to those persons and reimbursed those persons a total of $25,000 or more for their contributions:

| Contribution Amount | Conduit Contributor | Campaign |
| --- | --- | --- |
| $4,600 | A.A. | Federal Candidate 3 |
| $4,600 | F.A. | Federal Candidate 3 |
| $4,600 | M.A. | Federal Candidate 3 |
| $4,600 | S.A. | Federal Candidate 3 |
| $4,600 | N.I.A. | Federal Candidate 3 |
| $4,600 | S.M.A. | Federal Candidate 3 |

COUNT SIX

[2 U.S.C. §§ 441e, 437g(d); 18 U.S.C. § 2]

31.   On or about June 19, 2006, in Los Angeles, Orange, San Bernardino, and Riverside Counties, within the Central District of California, and elsewhere, defendant ALA'A AL-ALI, also known as Ala'a Mohy Eddin Elali, also known as Alaa Al-Ali ("ALI"), knowingly and willfully violated the FECA by making, and causing to be made, contributions by a foreign national that aggregated $2,000 or more during the 2006 calendar year.   More specifically, defendant ALI, a foreign national, knowingly and willfully caused other persons to contribute to the principal campaign committee of State Candidate 1, an authorized political committee supporting the election of a candidate for Governor of the State of Florida, and advanced to those persons and reimbursed those persons a total of $2,000 or more for their contributions:

| Contribution Amount | Conduit Contributor | Campaign |
|---|---|---|
| $500 | A.A. | State Candidate 1 |
| $500 | M.A. | State Candidate 1 |
| $500 | F.A. | State Candidate 1 |
| $500 | S.A. | State Candidate 1 |
| $500 | N.I.A. | State Candidate 1 |
| $500 | N.I.A. | State Candidate 1 |
| $500 | S.M.A. | State Candidate 1 |
| $500 | I.M. | State Candidate 1 |
| $500 | S.M. | State Candidate 1 |
| $500 | W.N. | State Candidate 1 |

24

| Contribution Amount | Conduit Contributor | Campaign |
|---|---|---|
| $500 | W.N. | State Candidate 1 |

A TRUE BILL

/s/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

*Christine C Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

STEPHANIE YONEKURA McCAFFREY
Executive Assistant United States Attorney

DENNIS MITCHELL
Assistant United States Attorney
Environmental Crimes Section