# *Memorandum*

**CR 09 00170**

| Subj: | Date: |
|---|---|
| United States v. Ala'a Al-Ali | February 18, 2009 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>District Court Executive<br>United States District Court<br>Central District of California | STEPHANIE Y. McCAFFREY<br>Assistant United States Attorney<br>Criminal Division |

FILED 2009 FEB 25 PM 3:34

The matter relating to the above-referenced criminal action,

United States v. Ala'a Al-Ali, being filed on ___February 25, 2009___,

    [ ] is

    [x] is not

a matter (1) that was pending in the Organized Crime Section of the USAO on or before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or (2) in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the USAO.

 

/s/ Stephanie Y. McCaffrey
STEPHANIE Y. McCAFFREY
Assistant United States Attorney
Criminal Division